

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00554-CV

**MO-VAC COMPANY OF ALICE**,
Appellant

v.

**MICHAEL MYANE LP** d/b/a Pipeline Measurement Co., LP and Michael Myane
Management, LLC,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-04-54479-CV
Honorable Richard C. Terrell, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: May 22, 2019

VACATED AND RENDERED

On May 9, 2019, the parties filed a joint motion asking this court to render judgment vacating the trial court's judgment signed on May 14, 2018 and dismissing the cause in accordance with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A). After review, we grant the motion and vacate the trial court's judgment of May 14, 2018 without regard to the merits of the appeal. *See id.* We further order that each party bear its own costs of appeal as agreed. *See id.* R. 42.1(d).

PER CURIAM